# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WADE SPENCER, | ) |
| Plaintiff, | ) |
| | ) Case No. 6:21-cv-01272-JWB-KGG |
| v. | ) |
| | ) |
| NEWELL BRANDS, INC. | ) |
| | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Newell Brands, Inc., is a publicly traded corporation (NASDAQ: NWL).

Respectfully submitted,

*/s/ Melody L. Rayl*
Melody L. Rayl     KS Bar # 23730
Samantha J. Monsees   KS Bar # 25936
**FISHER & PHILLIPS, LLP**
4900 Main Street, Suite 650
Kansas City, MO  64112
Phone: (816) 842-8770
Facsimile: (816) 842-8767
Email: mrayl@fisherphillips.com
Email: smonsees@fisherphillips.com

ATTORNEYS FOR DEFENDANT
NEWELL BRANDS, INC.

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 4th day of January, 2022, the foregoing document was filed via the Court's CM/ECF electronic filing system, which sent notice to the following counsel of record:

Larry G. Michel
KENNEDY BERKLEY YARNEVICH
  & WILLIAMSON, CHTD.
119 W. Iron Avenue, 7th Floor
PO Box 2567
Salina, KS  67402
TEL:  785-825-4674
Email:  lmichel@kenberk.com

ATTORNEY FOR PLAINTIFF

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Melody L. Rayl*
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Newell Brands, Inc.

2